SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@durneybrennan.com
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
Telephone: (775) 322-2923
Facsimile: (775) 322-3014

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
twg@gerberlegal.com
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
zag@gerberlegal.com
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, an individual, and GEORGE ELDRIDGE & SON, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00584-HDM-WGC<br><br>**ORDER GRANTING**<br>**STIPULATION TO EXTEND TIME**<br>**TO FILE OPPOSITION TO**<br>**DEFENDANT'S MOTION TO**<br>**DISMISS (First Request)** |

-1-

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs, MARY KIM PICCININI and GEORGE ELDRIDGE & SON, INC., may have a thirty (30) day extension to file their Opposition to *Defendant's Motion to Dismiss*. Accordingly, Plaintiffs shall have up to and including Wednesday, February 21, 2018, to file their Opposition to *Defendant's Motion to Dismiss*.

**DATED** this __38vj__ day of January, 2018.

| | |
|---|---|
| **ROSE LAW OFFICE** | **STEVEN W. MYHRE**<br>**Acting United States Attorney** |
| ____/ Sean Rose_____ | ____/s/ Holly Vance_____ |
| SEAN P. ROSE, ESQ.<br>State Bar No. 5472<br>150 W. Huffaker Lane, #101<br>Reno, NV 89511<br>(775)'824-8200 | HOLLY A. VANCE<br>Assistant United States Attorney<br>100 W. Liberty St., Ste. 600<br>Reno, NV 89501<br>(775) 784-5438 |
| In Association with: | Attorney for Defendant |

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
 (775) 322-2923

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

# ORDER

**IT IS SO ORDERED.**

**DATED** this __16th__ day of January, 2018.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Rose Law Office and that on the date indicated below, I served a true copy of the foregoing *Stipulation and [Proposed] Order for Extension of Time to File Opposition to Defendant's Motion to Dismiss* and on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope, postage prepaid for collection and mailing in the United States Mail, at Reno, Nevada

_____ Hand Delivery

_____ Facsimile

__X__ All parties signed up for electronic filing have been served electronically, all others have been served by placing a true copy thereof in a sealed envelope for collection and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices

addressed as follows:

Holly A. Vance, Esq.
U.S. Attorney's Office
100 West Liberty, Ste. 600
Reno, NV 89501

Thomas R. Brennan, Esq.
Durney & Brennan, Ltd.
6900 S. McCarran Blvd., Suite 2060
Reno, NV 89509

Travis W. Gerber, Esq.
Zachary A. Gerber, Esq.
Gerber Law Offices
491 4th Street
Elko, NV 89801-3133

DATED this 16th day of January, 2018

_____
Stacey Stallings