DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, and<br>GEORGE ELDRIDGE & SON, INC.,<br><br>                 Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | Case No. 3:17-cv-00584-HDM-WGC<br><br>**ORDER GRANTING**<br><br>**<u>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO OPPOSITION TO MOTION TO DISMISS</u>**<br>**<u>(ECF NO. 14)</u>**<br><br>**<u>(FIRST REQUEST)</u>** |

      COMES NOW Defendant, United States of America, and Plaintiffs, Mary Kim Piccinini and George Eldridge & Son, Inc., and hereby stipulate and agree that Defendant may have a 21-day extension to file its reply in response to Plaintiff's Opposition to Motion to Dismiss (ECF No. 14). Defendant's reply is currently due on February 5, 2018. An extension is needed, however, because defense counsel has been out of the office on business and also has a number of other pending deadlines to meet. An extension would give Defendant up to and including February 26, 2018, in which to file its reply in response to Plaintiffs' Opposition to Motion to Dismiss.

1

Defense counsel contacted Plaintiffs' counsel via email, and Plaintiffs' counsel advised that they do not object to Defendant's extension request. This is Defendant's first extension request. Defendant seeks this extension request in good faith and not for the purpose of delay.

Dated: February 5, 2018.

DAYLE ELIESON
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

ROSE LAW OFFICE

s/ *Sean P. Rose*
SEAN P. ROSE
Counsel for Plaintiffs

DURNEY & BRENNAN LTD.

s/ *Thomas R. Brennan*
THOMAS R. BRENNAN
Counsel for Plaintiffs

IT IS SO ORDERED.

DATED: February  5  , 2018.

_____
HON. HOWARD D. McKIBBEN
United States District Judge