DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, and<br>GEORGE ELDRIDGE & SON, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:17-cv-00584-HDM-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

COME NOW Defendant, United States of America, and Plaintiffs Mary Kim Piccinini and George Eldridge & Son, Inc., and hereby stipulate and agree that Defendant may have a one-week extension to file its Answer to Plaintiffs' Complaint. (ECF No. 1). On April 30, 2018, the Court granted in part and denied in part Defendant's motion to dismiss. (ECF No. 18). Defendant's Answer is now due on May 14, 2018. *See* Fed. R. Civ. P. 12(a)(4) ("Unless the court sets a different time, serving a motion under this rule alters these periods as follows: * * * [I]f the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action[.]"). An extension is needed, however, because defense counsel's office is moving to the federal courthouse this week and the office

1

server will be shut down for part of that time, thereby inhibiting defense counsel's ability to finalize Defendant's answer. Defense counsel also has a number of motions and responses due in other cases over the next two weeks. An extension would give Defendant up to and including May 21, 2018, in which to file its Answer.

Defense counsel contacted Plaintiffs' counsel via email, and Plaintiffs' counsel advised that they do not object to Defendant's extension request. This is Defendant's first extension request. Defendant seeks this extension request in good faith and not for the purpose of delay.

Dated: May 14, 2018.

DAYLE ELIESON
United States Attorney

ROSE LAW OFFICE

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

s/ *Sean P. Rose*
SEAN P. ROSE
Counsel for Plaintiffs

IT IS SO ORDERED.

DATED: May 15, 2018.

_____
UNITED STATES MAGISTRATE JUDGE