SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@durneybrennan.com
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
Telephone: (775) 322-2923
Facsimile: (775) 322-3014

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
twg@gerberlegal.com
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
zag@gerberlegal.com
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, an individual, and GEORGE ELDRIDGE & SON, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00584-HDM-WGC<br><br>ORDER GRANTING **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT AND TO FILE DEFENDANT'S REPLY TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 51] (First Request)** |

-1-

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that, due to the impending holidays, Plaintiffs, MARY KIM PICCININI and GEORGE ELDRIDGE & SON, INC., may have a fourteen (14) day extension to file their Opposition to *Defendant's Motion for Summary Judgment (ECF 51)*. Accordingly, Plaintiffs shall have up to and including Friday, December 27, 2019, to file their Opposition to *Defendant's Motion for Summary Judgment*.

The parties further stipulate and agree that Defendant, UNITED STATES OF AMERICA, may have a fourteen (14) day extension to file its Reply to *Defendant's Motion for Summary Judgment*. Accordingly, Defendant shall have up to and including Friday, January 24, 2020 to file its Reply to *Defendant's Motion for Summary Judgment*.

**DATED** this 27th day of November, 2019.

| | |
|---|---|
| **ROSE LAW OFFICE** | **NICHOLAS A. TRUTANICH**<br>**United States Attorney** |
| */s/ Sean P. Rose* | */s/ Holly A. Vance* |
| SEAN P. ROSE, ESQ.<br>State Bar No. 5472<br>150 W. Huffaker Lane, #101<br>Reno, NV 89511<br>(775) 824-8200 | HOLLY A. VANCE, ESQ.<br>Assistant United States Attorney<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501<br>(775) 784-5438 |
| In Association with: | Attorney for Defendant |

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
 (775) 322-2923

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

The stipulation of the parties (ECF No. 53) is GRANTED.

**IT IS SO ORDERED.**

**DATED** this 2nd day of December, 2019.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE