NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, and GEORGE ELDRIDGE & SON, INC., <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:17-cv-00584-HDM-WGC <br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE (ECF NO. 55)**<br><br>**(FIRST REQUEST)** |

Defendant, United States of America, and Plaintiffs, Mary Kim Piccinini and George Eldridge & Son, Inc., hereby stipulate and agree that Defendant may have a 21-day extension to file its response to Plaintiffs' Motion to Strike Documents Produced with Defendant's Amended Third Supplemental Disclosure Statement. (ECF No. 55). Defendant's response is currently due on December 20, 2019. An extension is needed, however, because key agency representatives are out of the office due to the holidays and their input is needed in preparing and finalizing Defendant's response to Plaintiff's motion. Also, defense counsel was out of the office on

business and due to illness the week of December 9, 2019. An extension would give Defendant up to and including January 10, 2020, in which to respond to Plaintiffs' motion.

Defense counsel contacted Plaintiffs' counsel via email and telephone, and Plaintiffs' counsel, Tom Brennan, advised that he does not object to Defendant's extension request. This is Defendant's first request for an extension of time. Defendant seeks this extension request in good faith and not for the purpose of delay.

Dated: December 16, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

DURNEY & BRENNAN LTD.

s/ *Thomas R. Brennan*
THOMAS R. BRENNAN
Counsel for Plaintiffs

ROSE LAW OFFICE

s/ *Sean P. Rose*
SEAN P. ROSE
Counsel for Plaintiffs

**IT IS SO ORDERED.**

**DATED: December 17, 2019.**

_____
**HON. WILLIAM G. COBB**
**United States Magistrate Judge**