SEAN P. ROSE, ESQ.
State Bar No. 5472
Sean@RoseLawNevada.com
ROSE LAW OFFICE
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Telephone: (775) 824-8200
Facsimile: (775) 657-8517

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
Tom@durneybrennan.com
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
Telephone: (775) 322-2923
Facsimile: (775) 322-3014

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
twg@gerberlegal.com
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
zag@gerberlegal.com
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, an individual, and GEORGE ELDRIDGE & SON, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00584-HDM-WGC<br><br>ORDER GRANTING **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1      Plaintiff, MARY KIM PICCININI and Defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree, pursuant to FRCP 41, to dismiss Plaintiff MARY KIM PICCININI's claims only with prejudice. The parties further agree that each party shall bear their own attorney's fees and costs.

     The parties further stipulate and agree that this stipulation to dismiss shall not affect the remaining claims by Plaintiff Eldridge & Son, Inc. against Defendant UNITED STATES OF AMERICA, which claims are specifically reserved.

**IT IS SO STIPULATED AND AGREED.**

**DATED** this ___26th___ day of December, 2019.

| | |
|---|---|
| **ROSE LAW OFFICE** | **NICHOLAS A. TRUTANICH**<br>**United States Attorney** |
| /s/ Sean P. Rose, Esq.<br>SEAN P. ROSE, ESQ.<br>State Bar No. 5472<br>150 W. Huffaker Lane, #101<br>Reno, NV 89511<br>(775) 824-8200 | /s/ Holly A. Vance, Esq.<br>HOLLY A. VANCE, ESQ.<br>Assistant United States Attorney<br>400 S. Virginia St., Ste. 900<br>Reno, NV 89501<br>(775) 784-5438 |
| In Association with: | Attorney for Defendant |

THOMAS R. BRENNAN, ESQ.
State Bar No. 481
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno NV 89509
(775) 322-2923

TRAVIS W. GERBER, ESQ.
State Bar No. 8083
ZACHARY A. GERBER, ESQ.
State Bar No. 13128
GERBER LAW OFFICES
491 4th Street
Elko, NV 89801-3133
(775) 738-9258

Attorneys for Plaintiffs

| | |
|---|---|
| | The stipulation of the parties (ECF No. 61) is GRANTED. |
| 1 | |
| 2 | **IT IS SO ORDERED.** |
| 3 | **DATED** this  31st  day of December, 2019. |

_____
UNITED STATES DISTRICT JUDGE