NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI[1], and GEORGE ELDRIDGE & SON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:17-cv-00584-HDM-WGC <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE (ECF NO. 55)** <br><br> **(SECOND REQUEST)** |

Defendant United States of America and Plaintiff George Eldridge & Son, Inc., hereby stipulate and agree that Defendant may have a 14-day extension to file its response to Plaintiffs' Motion to Strike Documents Produced with Defendant's Amended Third Supplemental Disclosure Statement. (ECF No. 55). Defendant's response is currently due on January 10, 2020. An extension is warranted because the parties are attempting to settle the case. An extension

---

[1] The Court dismissed Plaintiff Mary Kim Piccinini's claims with prejudice on December 31, 2019 (*See* ECF No. 62).

would allow defense counsel to focus on the settlement negotiations with Plaintiff's counsel and to meaningfully discuss and assess those negotiations, and possible settlement options, with representatives from the Department of Justice. A 14-day extension would give Defendant up to and including January 24, 2020, in which to respond to the motion to strike.

This is Defendant's second request for an extension of time. The extension would not prejudice either party since trial is not scheduled until June 2020.

Dated: January 7, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

DURNEY & BRENNAN LTD.

s/ *Thomas R. Brennan*
THOMAS R. BRENNAN
Counsel for Plaintiff George Eldridge
& Son, Inc.

ROSE LAW OFFICE

s/ *Sean P. Rose*
SEAN P. ROSE
Counsel for Plaintiff George Eldridge
& Son, Inc.

**IT IS SO ORDERED.**

**DATED: January 8, 2020.**

**HON. WILLIAM G. COBB**
**United States Magistrate Judge**