NICHOLAS A. TRUTANICH
United States Attorney, District of Nevada
Nevada Bar Number 13644
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, and GEORGE ELDRIDGE & SON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:17-cv-00584-HDM-WGC <br><br> ORDER GRANTING <br> **Joint Motion to Stay Proceedings** |

Defendant United States of America and Plaintiff George Eldridge & Son, Inc. respectfully request this Court to enter a stay of all proceedings and deadlines, including all motion and response deadlines, until March 12, 2020, in order to allow the parties to continue to focus on attempting to settle the case. Currently, the parties are close to reaching a settlement.

In support of this joint motion, the parties submit:

1. On December 31, 2019, the Court entered an Order of Dismissal with Prejudice (ECF No. 62) as to Plaintiff Mary Kim Piccinini's claims. George Eldridge & Son, Inc., is the only remaining Plaintiff in the case.

2. Eldridge & Son, Inc. and Defendant have recently been attempting to settle the case. Currently, they are close to reaching a settlement that will resolve all outstanding claims between the parties.

1

3. If an agreement is reached and approved by all necessary governmental officials, a Compromise Settlement will be executed and request for payment submitted to the United States' Treasury.

4. Courts have broad discretion to stay proceedings for a limited time. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936); *see also, Clinton v. Jones,* 520 U.S. 681, 706 (1997) (courts have broad discretion in the management of cases, including the setting of cases for trial).

5. This joint motion is filed in good faith and not for the purpose of delay.

6. If the matter is not concluded by March 12, 2020, the parties will file a motion asking the Court to lift the stay.

7. Neither party will be prejudiced by a stay because trial is not scheduled until June 2020.

For the above reasons, the parties respectfully request this Court stay the proceedings and deadlines in this matter until March 12, 2020.

Respectfully submitted this 21st day of January, 2020.

| | |
|---|---|
| *Counsel for Plaintiff George Eldridge & Son, Inc.* | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Sean P. Rose<br>SEAN P. ROSE | /s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney |
| /s/ Thomas R. Brennan<br>THOMAS R. BRENNAN | *Counsel for Defendant* |

**IT IS SO ORDERED.**

**United States District Judge**

**DATED:** January 21, 2020