NICHOLAS A. TRUTANICH
United States Attorney, District of Nevada
Nevada Bar Number 13644
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI, and<br>GEORGE ELDRIDGE & SON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:17-cv-00584-HDM-WGC<br><br>ORDER GRANTING<br><br>**Joint Motion to Extend Stay of Proceedings in Light of Settlement** |

Defendant United States of America and Plaintiff George Eldridge & Son, Inc. hereby notify the Court that on March 3, 2020, the parties reached a settlement in this action. It is anticipated that the settlement documents can be completed, and a Stipulation and Proposed Order of Dismissal filed, within the next sixty (60) days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

In light of the above, the parties respectfully request that the Court extend the current stay of all proceedings (ECF No. 66) until May 11, 2020.

Respectfully submitted this 9th day of March, 2020.

| | |
|---|---|
| *Counsel for Plaintiff George Eldridge & Son, Inc.* | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Thomas R. Brennan<br>THOMAS R. BRENNAN | /s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney |
| | *Counsel for Defendant* |

**IT IS SO ORDERED.**

*[signature: Howard D. McKibben]*

**United States District Judge**
**United States Magistrate Judge**

**DATED:** March 10, 2020