NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street
Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY KIM PICCININI[1], and GEORGE ELDRIDGE & SON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:17-cv-00584-HDM-WGC <br><br> ORDER GRANTING <br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendant United States of America and Plaintiff George Eldridge & Son, Inc., by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

/ / /

/ / /

---

[1] The Court dismissed Plaintiff Mary Kim Piccinini's claims with prejudice on December 31, 2019 (*See* ECF No. 62).

1

The parties further agree that each party shall bear their own costs and expenses of litigation, including attorneys' fees.

Dated: April 27, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

ROSE LAW OFFICE

s/ *Sean P. Rose*
SEAN P. ROSE
Counsel for Plaintiff George Eldridge
& Son, Inc.

DURNEY & BRENNAN LTD.

s/ *Thomas R. Brennan*
THOMAS R. BRENNAN
Counsel for Plaintiff George Eldridge
& Son, Inc.

**IT IS SO ORDERED.**

**The stipulation of the parties to dismiss this action with prejudice is GRANTED.**

**DATED this** 28th **day of April 2020.**

**Howard D. McKibben**
**United States District Judge**

2